No. 80–794.   BLEWS *v.* FLORIDA.   Dist. Ct. App. Fla., 4th
Dist.   Certiorari denied.   JUSTICE BRENNAN, JUSTICE STEW-
ART, and JUSTICE MARSHALL would grant certiorari and re-
verse the conviction. ▮